IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD MARK CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-074 |
| | ) | |
| WARDEN ANTOINE CALDWELL; | ) | |
| JOHNSON STATE PRISON; | ) | |
| JOHN DOE, Warden Security and | ) | |
| Treatment; and MRS. BRAGGS, Chief | ) | |
| Counsel, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, incarcerated at Walker State Prison in Rock Springs, Georgia, commenced this case pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a motion to dismiss his own case which was docketed on February 14, 2022.  (Doc. no. 13.)  Plaintiff's February 14th Motion was signed on February 2, 2022, two days before the Court found as moot Plaintiff's prior request for voluntary dismissal and ordered payment of an initial fee.  (Doc. no. 13, p. 2.)  In response to the February 14th Motion, the Court ordered Plaintiff, if he wished to proceed with his case, to file a response indicating so or pay the initial fee within fourteen days.  (Doc. no. 14.)

Plaintiff has neither filed a response nor paid the initial fee within the time allotted, so the Court will now consider his February 14th Motion.  As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may

dismiss his case without an Order from the Court. Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 4th day of April, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA